UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re MEDTRONIC, INC. SECURITIES LITIGATION ) ) ) | Master File No. 0:13-cv-01686-JRT-FLN <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) ) ALL ACTIONS. ) ) ) | PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL |

1020863_1

Lead Plaintiffs Employees' Retirement System of the State of Hawaii ("Hawaii ERS") and Union Asset Management Holding AG ("UAM") and named plaintiff West Virginia Pipe Trades Health & Welfare Fund ("Health & Welfare Fund") (collectively, "plaintiffs") hereby move the Court to certify a class of investors in the common stock of defendant Medtronic, Inc. ("Medtronic" or the "Company") to pursue this litigation under §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the United States Securities and Exchange Commission, 17 C.F.R. §240.10b-5.[1]

This Motion is supported by the accompanying memorandum of law, the Declaration of Shawn A. Williams in Support of Plaintiffs' Motion to Certify Class, Appoint Class Representatives and Appoint Class Counsel (the "Williams Decl.") and the exhibits thereto, and any additional materials and arguments that may be submitted by plaintiffs in further support of the motion.

DATED:  April 17, 2015                ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                      SHAWN A. WILLIAMS
                                      EKATERINI M. POLYCHRONOPOULOS

                                              s/ Shawn A. Williams
                                          SHAWN A. WILLIAMS

---

[1] Defendants are Medtronic and Individual Defendants William A. Hawkins, Gary L. Ellis, Richard E. Kuntz, Julie Bearcroft, Richard W. Treharne and Martin Yahiro.

- 1 -

1020863_1

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
katerinap@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
DANIELLE S. MYERS
SUSANNAH R. CONN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
dmyers@rgrdlaw.com
sconn@rgrdlaw.com

MOTLEY RICE LLC
JAMES M. HUGHES
DAVID P. ABEL
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
dabel@motleyrice.com
cmoriarty@motleyrice.com

Lead Counsel for Plaintiffs

ZIMMERMAN REED, PLLP
CAROLYN G. ANDERSON, MN 275712
ANNE T. REGAN, MN 333852
BRIAN C. GUDMUNDSON, MN 336695
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone:  612/341-0400
612/341-0844 (fax)
Carolyn.Anderson@zimmreed.com
Anne.Regan@zimmreed.com
Brian.Gudmundson@zimmreed.com

Liaison Counsel

PRICE OKAMOTO HIMENO
   LUM
WARREN PRICE, III
ROBERT A. MARKS
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813
Telephone:  808/538-1113
808/533-0549 (fax)

Additional Counsel for Plaintiffs

- 3 -