# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re MEDTRONIC, INC. SECURITIES LITIGATION | ) Master File No. 0:13-cv-01686-MJD-KMM <br> ) <br> ) <u>CLASS ACTION</u> <br> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) CLASS REPRESENTATIVES' <br> ) UNOPPOSED MOTION FOR <br> ) PRELIMINARY APPROVAL OF <br> ) SETTLEMENT <br> ) |

1453482_1

Class Representatives Employees' Retirement System of the State of Hawaii, Union Asset Management Holding AG, and West Virginia Pipe Trades Health & Welfare Fund respectfully move this Court pursuant to Federal Rule of Civil Procedure 23 for an Order preliminarily approving the terms of the Settlement set forth in the Stipulation of Settlement dated July 17, 2018 (the "Stipulation"); approving the form and manner of notice of the Settlement to the Class; and scheduling a final approval hearing date.

This motion is based on the supporting memorandum, the Stipulation and supporting exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at the hearing.

DATED:  July 18, 2018            Respectfully submitted,

                                 ZIMMERMAN REED LLP


                                       *s/ Carolyn G. Anderson*
                                 CAROLYN G. ANDERSON

                                 CAROLYN G. ANDERSON, MN 275712
                                 BRIAN C. GUDMUNDSON, MN 336695
                                 1100 IDS Center, 80 South 8th Street
                                 Minneapolis, MN  55402
                                 Telephone:  612/341-0400
                                 612/341-0844 (fax)
                                 Carolyn.Anderson@zimmreed.com
                                 Brian.Gudmundson@zimmreed.com

                                 Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
ELLEN GUSIKOFF STEWART
JONAH H. GOLDSTEIN
ROBERT R. HENSSLER JR.
DANIELLE S. MYERS
SUSANNAH R. CONN
HILLARY B. STAKEM
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
elleng@rgrdlaw.com
jonahg@rgrdlaw.com
bhenssler@rgrdlaw.com
dmyers@rgrdlaw.com
sconn@rgrdlaw.com
hstakem@rgrdlaw.com

MOTLEY RICE LLC
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
cmoriarty@motleyrice.com

Lead Counsel for Plaintiffs

PRICE OKAMOTO HIMENO
  LUM
WARREN PRICE, III
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813
Telephone:  808/538-1113
808/533-0549 (fax)

Additional Counsel for Plaintiffs